IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BRYAN C. RYDZEWSKI,
        Plaintiff,
    v.                                    **Judgment in a Civil Case**
WAKE COUNTY OFFICE OF THE
PUBLIC DEFENDER; BRIAN G.
COLLINS, JR.; DEWEY OKELLY,
        Defendants.                    Case Number: 5:11-CT-3217-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on November 10, 2011, with service on:
Bryan C. Rydezweski 0999168, Neuse Correctional Center, Caller Box 8009, Goldsboro, NC 27533 (via U.S. Mail)

   November 10, 2011                                     /s/ Dennis P. Iavarone
                                                                     Clerk